JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISON PARTNERS INC, d/b/a GREAT AMERICAN BISON COMPANY, a California corporation; and MARTIN WATERS, and individual. <br><br> Plaintiff, <br><br> v. <br><br> GREAT AMERICAN BISON COMPANY, COLORADO, a Colorado Corporation; JULIA FERRY LITTLEFIELD d/b/a SCENIC MESA RANCH, an individual; and DOES 1-10 INCLUSIVE, <br><br> Defendants. | Case No. 8:12-cv-01577 JVS (AN) <br><br> **ORDER DISMISSING ALL CLAIMS WITHOUT PREJUDICE FROM PLAINTIFF'S COMPLAINT** <br><br> Complaint filed:  September 18, 2012 |

**JOINT STIPULATION DISMISSING ALL CLAIMS IN PLAINTIFF'S**
**FIRST AMENDED COMPLAINT - 8:12-cv-01577 JVS (AN)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

**IT IS SO ORDERED**

      By stipulation of the parties and good cause having been shown, Plaintiff's Complaint filed September 18, 2012 and all claims thereto shall be dismissed with prejudice.

Dated:  November 07, 2012

_____
The Honorable James V. Selna
U.S. Federal District Judge
Central District of California

**[PROPOSED] JOINT STIPULATION DISMISSING ALL CLAIMS IN PLAINTIFF'S COMPLAINT - 8:12-cv-01577 JVS (AN)**